MICHAEL REINO, Respondent, v. THE CITY OF BUFFALO, Appellant.—Judgment affirmed, with costs, on the authority of *Layer* v. *City of Buffalo* (274 N. Y. 135), decided April 27, 1937. All concur; Thompson, J., having been present at the argument of said appeal, but having died on the 7th day of April, 1937, without having taken any part in the determination of this appeal. (The judgment affirms a Buffalo City Court judgment for damages resulting from break in water main.) Present — Sears, P. J., Edgcomb, Lewis and Cunningham, JJ.

MICHAEL REINO, Respondent, v. THE CITY OF BUFFALO, Appellant.— Judgment affirmed, with costs, on the authority of *Layer* v. *City of Buffalo* (274 N. Y. 135), decided April 27, 1937. All concur; Thompson, J., having been present at the argument of said appeal, but having died on the 7th day of April, 1937, without having taken any part in the determination of this appeal. (The judgment reduces a Buffalo City Court judgment and affirms it as reduced in an action for damages resulting from break in water main.) Present — Sears, P. J., Edgcomb, Lewis and Cunningham, JJ.

GEORGE SANTINO, Respondent, v. THE CITY OF BUFFALO, Appellant.— Judgment affirmed, with costs, on the authority of *Layer* v. *City of Buffalo* (274 N. Y. 135), decided April 27, 1937. All concur; Thompson, J., having been present at the argument of said appeal, but having died on the 7th day of April, 1937, without having taken any part in the determination of this appeal. (The judgment reduces and affirms a Buffalo City Court judgment for damages resulting from break in water main.) Present — Sears, P. J., Edgcomb, Lewis and Cunningham, JJ.

DANIEL KNOWLTON, Appellant, Respondent, v. HOWARD S. GERKEN, Respondent, Appellant.— Appeal by defendant Gerken from part of a judgment dismissed, without costs, as academic in view of the decision on the appeal by the plaintiff filed March 10, 1937. [See 250 App. Div. 819.] All concur. (Order entered May 3, 1937.) Present — Sears, P. J., Edgcomb, Crosby and Lewis, JJ.